IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILTON HAMBRIGHT, #170 401, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:18-CV-358-WHA |
| ) | [WO] |
| ALABAMA BOARD OF PARDONS & ) | |
| PAROLES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on April 25, 2018. Doc. 12. There being no objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that Plaintiff's complaint against Defendants Alabama Board of Pardons and Paroles and Governor Kay Ivey are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i-ii).

It is ORDERED that Defendants Alabama Board of Pardons and Paroles and Governor Kay Ivey are TERMINATED as parties to the complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendants Alabama Board of Pardons and Paroles and Governor Kay Ivey pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining defendants.

Done, this 17th day of May, 2018.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE