IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MILTON HAMBRIGHT, #170 401, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-358-WHA-CSC |
| | ) | |
| EDDIE COOK, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This case is before the court on a Recommendation of the Magistrate Judge entered on January 19, 2021 (Doc. 55), to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendants' motion for summary judgment is GRANTED.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against Plaintiff.

Final Judgment will be entered separately.

Done, this 10th day of February 2021.

        /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE